UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CALIFORNIA COMMUNITIES AGAINST TOXICS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> MICHAEL S. REGAN, in his official capacity as Administrator of the U.S. Environmental Protection Agency, <br><br> *Defendant*. | No. 1:22-cv-1457 - TNM |

**JOINT NOTICE OF STIPULATED EXTENSION OF CONSENT DECREE DEADLINES**

Plaintiffs California Communities Against Toxics, Clean Air Council, Clean Power Lake County, Delaware Concerned Residents for Environmental Justice, Greater-Birmingham Alliance to Stop Pollution, Kentucky Resources Council, New Castle Prevention Coalition, United Congregations of Metro-East, and Sierra Club (collectively "Plaintiffs") and Defendant Michael S. Regan, Administrator of the U.S. Environmental Protection Agency ("EPA"), hereby enter into the following stipulation extending the deadlines in the Consent Decree entered by the Court in this case on December 19, 2023 as follows.  *See* ECF No. 29 ¶5 ("[t]he deadlines established by this Consent Decree may be extended (a) by written stipulation of the Parties with notice to the Court, or (b) by the Court upon motion of EPA for good cause shown").

1.      The deadline in Paragraph 2(a) of the Consent Decree for EPA to sign a proposed rule containing all revisions "necessary (taking into account developments in practices, processes, and control technologies)" to Subpart VVVVVV under section 112(d)(6) of the Act, 42 U.S.C. § 7412(d)(6) is extended from November 13, 2024 to January 15, 2025.

1

2.  The deadline in Paragraph 2(b) of the Consent Decree for EPA to sign a final rule promulgating all revisions "necessary (taking into account developments in practices, processes, and control technologies)" to Subpart VVVVVV under section 112(d)(6) of the Act, 42 U.S.C. § 7412(d)(6) is extended from September 17, 2025 to January 15, 2026.

This is the first stipulated extension of the deadlines noted above.

DATED: August 15, 2024

Respectfully submitted,

/s/ *Kathleen Riley (with permission)*
Kathleen Riley (D.C. Bar No. 1618580)
Adam Kron (D.C. Bar No. 992135)
Earthjustice
1001 G Street NW, Suite 1000
Washington, D.C. 20001
(202) 667-4500
kriley@earthjustice.org
akron@earthjustice.org

*Counsel for Plaintiffs*

/s/ *Andrew D. Knudsen*
Andrew D. Knudsen (D.C. Bar No. 1019697)
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
(202) 353-7466
andrew.knudsen@usdoj.gov
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I certify that on August 15, 2024, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

/s/ Andrew D. Knudsen
Andrew D. Knudsen
